UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEITH SULLIVAN, | )<br>) |
| Petitioner, | )  3:09-cv-0264-HDM-RAM<br>) |
| vs. | )  **ORDER**<br>) |
| JAMES BENEDETTI, *et al.*, | )<br>) |
| Respondents. | ) |

Before the court is respondents' second motion for enlargement of time in which to file a response to the amended petition for writ of habeas corpus (docket #32). Good cause appearing,

**IT IS THEREFORE ORDERED** that respondents' motion is **GRANTED**. The response to the amended petition shall be filed no later than February 15, 2013.

Dated this 16th day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE