**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| KEITH SULLIVAN, | ) | |
| Petitioner, | ) | 3:09-cv-0264-HDM-RAM |
| vs. | ) | **ORDER** |
| JAMES BENEDETTI, *et al.*, | ) | |
| Respondents. | ) | |

Before the court is respondents' second motion for enlargement of time in which to file a response to the amended petition for writ of habeas corpus (docket #32).  Good cause appearing,

**IT IS THEREFORE ORDERED** that respondents' motion is **GRANTED**. The response to the amended petition shall be filed no later than February 15, 2013.

Dated this 16th day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE